MARION W. McCARTER et al., Respondents, *v.* CHARLES D. BECKWITH et al., Appellants.

(Submitted June 5, 1936; decided July 8, 1936.)

*Albert Ritchie* and *Frederick H. Seacord, Jr.*, for appellants.

*John J. Dillon* for respondents.

Judgment affirmed, with costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, CROUCH, LOUGHRAN and FINCH, JJ.